```
                                            F I L E D
                                        CLERK, U.S. DISTRICT COURT

                                              7/25/2023

                                        CENTRAL DISTRICT OF CALIFORNIA
                                        BY: _____TV_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RAUL RIGOBERTO HERNANDEZ and VICTOR JR. MICHEL,<br><br>　　　　Defendants. | CR 2:23-cr-00367-PA<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), (vii), (b)(1)(B)(vi): Possession with Intent to Distribute Controlled Substances; 18 U.S.C. § 924(c)(1)(A)(i): Possession of Firearms in Furtherance of Drug a Trafficking Crimes; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

　　On or about March 9, 2022, in Los Angeles County, within the Central District of California, defendants RAUL RIGOBERTO HERNANDEZ and VICTOR JR. MICHEL, each aiding and abetting the other, knowingly

and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 103 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about March 9, 2022, in Los Angeles County, within the Central District of California, defendants RAUL RIGOBERTO HERNANDEZ and VICTOR JR. MICHEL, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least at least 40 grams, that is, approximately 185.4 grams, of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about March 9, 2022, in Los Angeles County, within the Central District of California, defendants RAUL RIGOBERTO HERNANDEZ and VICTOR JR. MICHEL, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 10 grams, that is, approximately 26.79 grams, of a mixture and substance containing a detectable amount of N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("p-Fluorofentanyl"), an analogue of N-phenyl-N-[1-(2-phenlyethyl)-4-piperidinyl] propanamide ("fentanyl"), and a Schedule I narcotic drug controlled substance.

COUNT FOUR

[18 U.S.C. §§ 924(c)(1)(A)(i), 2(a)]

[ALL DEFENDANTS]

On or about March 9, 2022, in Los Angeles County, within the Central District of California, defendants RAUL RIGOBERTO HERNANDEZ and VICTOR JR. MICHEL, each aiding and abetting the other, knowingly possessed firearms, namely, a FMK Firearms Inc, model 9C1 G2, 9x19mm caliber pistol, bearing serial number BV1698, a Smith & Wesson, model 637 Airweight, .38 Special caliber revolver, bearing serial number CFY8633, a Glock, model 26, 9x19 mm caliber pistol, bearing serial number BTEY937, a Glock, model 21, .45 ACP caliber pistol, bearing serial number BBAR217, and a HS Produkt, model XDM-40, .40 S&W caliber pistol, bearing serial number MG129553, in furtherance of drug trafficking crimes, namely, possession with intent to distribute methamphetamine, fentanyl, and p-Fluorofentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), (b)(1)(A)(viii), and (b)(1)(B)(vi), as charged in Counts One, Two, and Three of this Indictment.

COUNT FIVE

[18 U.S.C. § 922(g)(1)]

[DEFENDANT MICHEL]

On or about March 9, 2022, in Los Angeles County, within the Central District of California, defendant VICTOR JR. MICHEL knowingly possessed the following firearms and ammunition, in and affecting interstate and foreign commerce:

1. a Smith & Wesson, model 637 Airweight, .38 Special caliber revolver, bearing serial number CFY8633;
2. a Glock, model 26, 9x19 mm caliber pistol, bearing serial number BTEY937;
3. a HS Produkt, model XDM-40, .40 S&W caliber pistol, bearing serial number MG129553;
4. approximately 9 rounds of Freedom Munitions .45 ACP caliber ammunition;
5. approximately 1 round of Ammo Inc. .45 ACP caliber ammunition;
6. approximately 2 rounds of Remington .45 ACP caliber ammunition;
7. approximately 12 rounds of Winchester .45 ACP caliber ammunition;
8. approximately 1 round of Black Hills Ammunition .45 ACP caliber ammunition;
9. approximately 3 rounds of Precision Made Cartridges .45 ACP caliber ammunition;
10. approximately 1 round of Sellier & Belliot .45 ACP caliber ammunition;
11. approximately 1 round of Prvi Partizan .45 ACP caliber ammunition;

12. approximately 1 round of Armscor USA .45 ACP caliber ammunition;
13. approximately 48 rounds of Freedom Munitions .40 S&W caliber ammunition;
14. approximately 10 rounds of Companhia Brasileira de Cartuchos .45 ACP caliber ammunition;
15. approximately 3 rounds of Federal .38 Special caliber ammunition;
16. approximately 5 rounds of Remington .38 Special caliber ammunition;
17. approximately 5 rounds of Hornady .38 Special caliber ammunition;
18. approximately 15 rounds of Fiocchi .38 Special caliber ammunition;
19. approximately 9 rounds of Fiocchi .40 S&W caliber ammunition;
20. approximately 10 rounds of Winchester 9x19 mm caliber ammunition; and
21. approximately 12 rounds of Federal 9x19 mm caliber ammunition.

Defendant MICHEL possessed such firearm and ammunition knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Vandalism, in violation of California Penal Code Section 594(a), in the Superior Court for the State of California, County of Los Angeles, Case Number BA454941, on or about March 3, 2017.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in Counts One through Three of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense;

(c) All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

(d) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3. Pursuant to Title 21, United States Code, Section 853(p), any defendant so convicted, shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold

8

to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts Four and Five of this Indictment.

2.   Any defendant so convicted shall forfeit to the United States of America the following:

   (a)   All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

   (b)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

    /S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

VARUN BEHL
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section